UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENS METAL RECYCLING OF KINGSTON, LLC, BARNEY MILLENS SCRAP & IRON INC. D/B/A CHARLES EFFRON & SON, and JOAN MILLENS,<br><br>                              Plaintiffs,<br><br>-against-<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                              Defendant. | Civil Action No. 7:17-cv-01265 (KMK) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Millens Metal Recycling of Kingston, LLC, Barney Millens Scrap & Iron Inc. d/b/a/ Charles Effron & Son, and Joan Millens, by their undersigned counsel, hereby give notice that all claims in the above-captioned action against Defendant Philadelphia Indemnity Insurance Company are voluntarily dismissed without prejudice.

Dated: New York, New York
       June 14, 2017

                              */s/ Kyle C. Bisceglie*
                              Kyle C. Bisceglie
                              Jeremy M. King
                              Olshan Frome Wolosky LLP
                              1325 Avenue of the Americas
                              New York, New York  10119
                              T:  (212) 451.2300
                              F:  (212) 451.2222
                              kbisceglie@olshanlaw.com
                              jking@olshanlaw.com

                              *Attorneys for Plaintiffs, Millens Metal Recycling Of Kingston LLC, Barney Millens Scrap & Iron Inc. d/b/a Charles Effron & Son, and Joan Millens*

4201461-1